# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**DENNIS HUTCHINSON,**                                                                         **PLAINTIFF**
**ADC #143206**

v.                     **CASE NO. 1:19-CV-00103 BSM**

**DOUG REEVES, et al.**                                                             **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 7] is adopted, and all defendants except Doug Reeves are dismissed.

IT IS SO ORDERED this 28th day of January 2020.

                                                                                            _____
                                                                         UNITED STATES DISTRICT JUDGE