IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**DENNIS HUTCHINSON,**  **PLAINTIFF**
ADC #143206

v.   CASE NO. 1:19-CV-00103 BSM

**DOUG REEVES, et al.**   **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Dennis Hutchinson's reply [Doc. No. 21], United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 19] is adopted, and this case is dismissed without prejudice. The motion to appoint counsel [Doc. No. 20] is denied as moot.

IT IS SO ORDERED this 17th day of March 2020.

_____
UNITED STATES DISTRICT JUDGE